UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWIN ZAYAS, Individually and on Behalf
of All Others Similarly Situated,

                  Plaintiff,

- v. -

535 HUDSON REALTY LLC and
SLICE WEST VILLAGE LTD.,

                  Defendants.
------------------------------------------------------------X

Case No.: 1:18-cv-03879

RULE 7.1 STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Slice West Village Ltd. (private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE.

Dated: August 27, 2018

                  Yours, etc.

                  **THE COHEN LAW FIRM, LLP:**

                  /s/ Raymond A. Cohen
By: _____
                  Raymond A. Cohen, Esq.
                  Attorneys for Defendants
                  1000 Pennsylvania Avenue
                  Brooklyn, New York 11207
                  Email: rcohen@thecohenlawfirmllp.com
                  P: 1-718-360-4234
                  P: 1-212-922-0166

**Attorney Bar Code: 2940740**