
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

EDWIN ZAYAS, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

535 HUDSON REALTY LLC and SLICE WEST VILLAGE LTD.,

                Defendants.

-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2018

18-CV-3879 (VEC)

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

The above entitled action is referred to Magistrate Judge Aaron for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:
_____
_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

**X** Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motions (i.e. motion requiring Report and Recommendation)
Particular Motion: _____
_____

All such motions: _____

**SO ORDERED.**

Date: October 30, 2018
     New York, NY

_/s/ Valerie Caproni_
**VALERIE CAPRONI**
**United States District Judge**