```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
EDWIN ZAYAS, *individually and on behalf of others similarly situated*,

                       Plaintiff,

-against-

535 HUDSON REALTY LLC and JOHN DOE d/b/a WILD,

                       Defendant.
-------------------------------------------------------------- X

18-cv-3879 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on February 6, 2019 (Dkt. 36), the parties notified the Court that they reached a settlement in principle; and

      WHEREAS on February 6, 2019 (Dkt. 37), the Court ordered that this action would be dismissed unless one or more parties filed a letter by March 6, 2019 requesting that the action not be dismissed; and

      WHEREAS no party has filed a letter requesting that this action not be dismissed;

      IT IS HEREBY ORDERED THAT this case is DISMISSED. The Clerk is respectfully directed to terminate all open motions and to close the case.

**SO ORDERED.**

Date: March 8, 2019
      New York, New York

                                              **VALERIE CAPRONI**
                                              **United States District Judge**